UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| AMY SANDERS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | No. 1:11-cv-926 |
| | ) | |
| LIBERTY LIFE ASSURANCE COMPANY OF | ) | HONORABLE PAUL L. MALONEY |
| BOSTON, | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **JUDGMENT**

Having resolved all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered

in favor of Defendant Liberty Life Assurance Company of Boston and against Plaintiff Amy

Sanders.

**THIS ACTION IS TERMINATED.  IT IS SO ORDERED.**


Date:   August 22, 2013                               /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  Chief United States District Judge